IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAVIER GONZALEZ MEXICANO,<br><br>  Plaintiff,<br><br>  v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>  Defendant. | No.  2:24-CV-1665-DMC<br><br><br>ORDER |

      Plaintiff, who is proceeding with retained counsel, brings this action for judicial review of a final decision of the Commissioner of Social Security under 42 U.S.C. § 405(g). Pending before the Court is Plaintiff's request, ECF No. 14, for leave to file an opening brief in excess of 25 pages.  Good cause appearing therefor based on the size of the Certified Administrative Record and procedural complexity of this case, Plaintiff's motion is granted.

      IT IS SO ORDERED.

Dated:  November 7, 2024

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1