1 | PHILLIP A. TALBERT
United States Attorney
2 | MATHEW W. PILE, WSBA No. 32245.
Associate General Counsel
3 | Office of Program Litigation, Office 7
4 | Social Security Administration
MARCELO ILLARMO (MABN 670079)
5 | Special Assistant United States Attorney
      Office of the General Counsel
6 |    Social Security Administration
      6401 Security Boulevard
7 |    Baltimore, Maryland 21235
      Telephone: (510) 970-4822
8 |    E-Mail: Marcelo.Illarmo@ssa.gov
9 | Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| JAVIER GONZALEZ MEXICANO, | No. 2:24-cv-01665-DMC |
|---|---|
| Plaintiff, | STIPULATION FOR EXTENSION TO FILE OPPOSITION TO PLAINTIFF'S OPENING BRIEF; ORDER |
| v. | |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

   IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that the time for responding to Plaintiff's motion for summary judgment be extended from December 9, 2024, to January 8, 2025.  This is Defendant's first request for an extension of time to respond to Plaintiff's brief.  Defendant respectfully requests this additional time because the parties are conferring regarding whether additional briefing is necessary and need more time to confer.

   The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

- Defendant shall respond to Plaintiff's opening brief on or before January 8, 2025;

- Plaintiff's optional reply will be due within 14 days of the filing of Defendant's brief (on or before January 22, 2025).

Respectfully submitted,

DATE: December 6, 2024

*/s/ Jonathan O. Pena\**
JONATHAN O. PENA
Attorney for Plaintiff
(\* approved via email on 12/6/24)

PHILLIP A. TALBERT
United States Attorney

DATE: December 6, 2024    By    *s/ Marcelo Illarmo*
MARCELO ILLARMO
Special Assistant United States Attorney

Attorneys for Defendant

ORDER

APPROVED AND SO ORDERED:

Dated: December 11, 2024

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE