PHILLIP A. TALBERT
United States Attorney
MATHEW W. PILE, WSBA No. 32245
Associate General Counsel
Office of Program Litigation, Office 7
Social Security Administration
MARCELO ILLARMO (MABN 670079)
Special Assistant United States Attorney
      Office of the General Counsel
      Social Security Administration
      6401 Security Boulevard
      Baltimore, Maryland 21235
      Telephone: (510) 970-4822
      E-Mail: Marcelo.Illarmo@ssa.gov
Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| JAVIER GONZALEZ MEXICANO,<br><br><br>Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY<br><br>Defendant. | Case No.: 2:24-cv-01665-DMC<br><br>STIPULATION FOR VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) |

IT IS HEREBY STIPULATED, by and between the parties, through their undersigned attorneys, and with the approval of the Court, that the Commissioner of Social Security has agreed to a voluntary remand of this case pursuant to sentence four of 42 U.S.C. § 405(g). The purpose of the remand is to offer Plaintiff a new decision.

On remand, the Commissioner will offer Plaintiff an opportunity for a hearing; further develop the record as necessary; and issue a new decision. The parties further request that the

1  Clerk of the Court be directed to enter a final judgment in favor of Plaintiff, and against

2  Defendant, reversing the final decision of the Commissioner.

3

4                                        Respectfully submitted,

5  Dated: January 6, 2025             */s/ Jonathan O. Pena**
                                        (*as authorized via e-mail on 1/2/25)

6                                        JONATHAN O. PENA

7                                        Attorney for Plaintiff

8

9  Dated: January 6, 2025             PHILLIP A. TALBERT
                                      United States Attorney

10                      By:    */s/ Marcelo Illarmo*

11                           MARCELO ILLARMO
                         Special Assistant United States Attorney

12

13                           Attorneys for Defendant

14

15                                **ORDER**

16      Based upon the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of

17  42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation to Remand"), and for cause shown, IT

18  IS HEREBY ORDERED, ADJUDGED AND DECREED that the above-captioned action is

19  remanded to the Commissioner of Social Security for further proceedings consistent with the

20  terms of the Stipulation to Remand.

21

22  Dated:  January 8, 2025

23                                  DENNIS M. COTA
                                UNITED STATES MAGISTRATE JUDGE

24

25

26

27

28

Stip. For Voluntary Remand;  Case 2:24-cv-01665-DMC     2